IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELIX ROCHA, § | |
|     Petitioner, § | |
| § | |
| v. § | H-03-CV-3639 |
| § | |
| DOUG DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
|     Respondent. § | |

**RESPONDENT DRETKE'S OPPOSITION TO
PETITIONER'S MOTION TO STAY PROCEEDINGS**

Petitioner Felix Rocha is a Texas inmate challenging his state court conviction and death sentence under 28 U.S.C. § 2254. On December 13, 2004, Rocha filed a motion to stay proceedings pending the outcome of the Supreme Court's certiorari grant in *Medellin v. Dretke*, No. 04-5928. *See* Docket Entry No. 33. In *Medellin*, the Supreme Court will address whether or to what extent the Court should give effect to decisions from the International Court of Justice, the outcome of which could have an effect on Mexican nationals under a death sentence who were not properly informed of their international rights under the Vienna Convention. *See Case Concerning Avena and other Mexican Nationals (Mexico v. United States)*, 2004 I.C.J. Rep. 128 (Judgment of March 31) (available at www.icj-cij.org) ("*Avena*").

In this case, however, although Rocha is a Mexican national, because the *Avena* court expressly held that "the Mexican consular authorities learned of [Rocha's] detention in time to provide [] assistance," Rocha is not entitled to the benefit of the *Medellin* decision, whatever the outcome. *See Avena*, 2004 I.C.J. Rep. 128 at ¶ 104. Accordingly, this Court need not formally stay

the proceedings in this case.

## CONCLUSION

Because a formal stay of proceedings is unnecessary, and in the interest of finality, the respondent asks this Court to deny Rocha's motion to stay proceedings.

          Respectfully submitted,

          GREG ABBOTT
          Attorney General of Texas

          BARRY R. MCBEE
          First Assistant Attorney General

          DON CLEMMER
          Deputy Attorney General
          for Criminal Justice

          GENA BUNN
          Chief, Postconviction Litigation Division
          Assistant Attorney General

          __s/ Deni S. Garcia__
          DENI S. GARCIA*
          Assistant Attorney General
          *Attorney-in-charge
          State Bar No. 24027175
          deni.garcia@oag.state.tx.us

          P.O. Box 12548, Capitol Station
          Austin, Texas  78711-2548
          (512) 936-1600
          (512) 320-8132 (Fax)

          ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of respondent's opposition to petitioner's motion to stay proceedings has been served by e-mail and electronic filing addressed to:

Ken J. McLean
808 Travis, 24th Floor
Houston, Texas  77002
713-757-0683
713-650-1602 FAX

Kathryn M. Kase
Texas Defender Service
412 Main Street, Suite 1150
Houston, Texas  77002
713-222-7788
713-222-0260 FAX

COUNSEL FOR PETITIONER

                                         _s/ Deni S. Garcia_
                                         DENI S. GARCIA
                                         Assistant Attorney General